TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

Case No. **19-cv-07313**

**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LING CHEN,
*on his own behalf and on behalf of others similarly situated*
                          Plaintiff,
                              v.
ASIAN TERRACE RESTAURANT, INC.
     d/b/a Asian Terrace;
ASIAN MOON OF MASSAPEQUA PARK, INC.
     d/b/a Asian Moon; and
ASIAN MOON RESTAURANT CORP
     d/b/a Asian Moon;
VICKIE SUE LI
                            Defendants.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the declaration of John Troy, Plaintiff's Memorandum of Law and all prior papers and proceedings herein, Plaintiff hereby moves this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, before the Honorable **BRIAN M. COGAN** for an award of attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) and N.Y. C.L.S. Labor §§ 198(1-a), 663(1).

Dated: Flushing, NY
       September 07, 2020

                                              TROY LAW, PLLC
                                              /s/ John Troy
                                               John Troy (JT0481)