# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

**Bill To:**
Customer Name
Customer Address
City, State, Zip                    , ,

**For Project**
NYED Asian Terrace & Asian Moon 19-cv-07313+Chen, Ling v

| Employee | Date | Work Description | Billable | Rate | Fees |
|---|---|---|---|---|---|
| JOHN TROY11 | 12/24/19 | Meet with Client(s) - Intakes | 2.20 | 550 | 1210.00 |
| JOHN TROY11 | 12/24/19 | Initial Telephone Conference with Plaintiff(s) | 0.30 | 550 | 165.00 |
| Preethi Kilaru4 | 12/24/19 | Set Up the Text Message, WeChat & Line | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 12/24/19 | Scan and Verify ID | 0.10 | 200 | 20.00 |
| JOHN TROY11 | 12/24/19 | Prepare and Sign Retainer with Client(s) - retainer | 0.90 | 550 | 495.00 |
| Aaron Schweitzer7 | 12/30/19 | Research: DMV/ Vehicle Plate Number | 0.40 | 350 | 140.00 |
| Aaron Schweitzer7 | 12/30/19 | Research: Search Corp & Biz Entity Database | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 12/30/19 | Research: Property at Addresses Known via Libor Acris PropertyShark | 0.40 | 350 | 140.00 |
| Aaron Schweitzer7 | 12/30/19 | Research: Dft Website | 0.75 | 350 | 262.50 |
| Aaron Schweitzer7 | 12/30/19 | Research: ABC Board on Liquor Licensese | 0.40 | 350 | 140.00 |
| Aaron Schweitzer7 | 12/30/19 | Research: Property in Defendants Name via Libor Acris PropertyShark | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 12/30/19 | Research: Lexis Nexis /Legal /Others | 1.30 | 350 | 455.00 |
| Aaron Schweitzer7 | 12/30/19 | Defendant Website Research: Yelp/ Grubhub/ MenuPages/ Delivery.com/ FB/web | 2.25 | 350 | 787.50 |
| JOHN TROY11 | 01/08/20 | Intake Client for MCCC | 1.00 | 550 | 550.00 |
| JOHN TROY11 | 01/09/20 | File Consent to Become Party Plaintiff | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 01/09/20 | File the Complaint, Summons & Civil Cover Sheet USDC | 1.00 | 550 | 550.00 |
| JOHN TROY11 | 01/09/20 | File Request for Issuance of Summons | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 01/09/20 | Finalize the Complaint with BCL630, 624, Preservation Hold, Attorney Lien, Retaliation Notices | 0.90 | 550 | 495.00 |
| JOHN TROY11 | 01/11/20 | Review District Judge Individual Practices | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 01/11/20 | Review Magistrate Judge Individual Practices | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 01/11/20 | Review the Court Notice with AO 85 Consent to a Magistrate Judge | 0.20 | 550 | 110.00 |
| Preethi Kilaru4 | 01/21/20 | Key In Complaint Service Due Date and Expected Date of Return of Service | 0.33 | 200 | 66.00 |
| Preethi Kilaru4 | 01/21/20 | Prepare copies to Serve Summons & Complaint | 0.40 | 200 | 80.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 02/03/20 | Review for Accuracy and Scan Proof of Service, Def | 0.20 | 200 | 40.00 |
| Preethi Kilaru4 | 02/06/20 | Scan, Review for Accuracy and ECF Proof of Service, Defs | 0.25 | 200 | 50.00 |
| JOHN TROY11 | 02/12/20 | Revise with Client Affidavit of MCCC | 0.75 | 550 | 412.50 |
| JOHN TROY11 | 02/12/20 | Draft Affidavit of Plaintiff(s) in Support of MCCCC | 1.75 | 550 | 962.50 |
| Leanghour Lim5 | 02/13/20 | Draft, PDF, ECF Plf's Request to Adjourn IPTC | 0.25 | 250 | 62.50 |
| JOHN TROY11 | 02/18/20 | Stip + No Defense for Jurisd, Service | 0.20 | 550 | 110.00 |
| JOHN TROY11 | 02/18/20 | Review, Sign Stip to Extend time to File Answer | 0.40 | 550 | 220.00 |
| Leanghour Lim5 | 02/24/20 | Draft and Propose OC Case Mgmt Plan | 1.25 | 250 | 312.50 |
| Leanghour Lim5 | 03/02/20 | Draft, Revise, Confer with OC: Joint Pre-IPTC Letter & Proposed Discovery Plan | 0.50 | 250 | 125.00 |
| Leanghour Lim5 | 03/02/20 | Finalize, PDF, ECF Joint Pre-IPTC Letter | 0.08 | 250 | 20.00 |
| Aaron Schweitzer7 | 03/04/20 | Draft PMC for MCCC | 0.75 | 350 | 262.50 |
| Leanghour Lim5 | 03/05/20 | Respond to OC's Email to Adjourn IPTC | 0.05 | 250 | 12.50 |
| JOHN TROY11 | 03/10/20 | Further Revise with Client Affidavit of MCCC | 1.20 | 550 | 660.00 |
| Aaron Schweitzer7 | 03/16/20 | Draft, Review, Finalize, ECF: Plf res letter & Affidavit of LING CHEN | 0.75 | 350 | 262.50 |
| Aaron Schweitzer7 | 03/16/20 | Review answer to complaint, AD, CC & Jury Demand | 0.40 | 350 | 140.00 |
| Aaron Schweitzer7 | 03/16/20 | Review + Access 500k Applications (Asian Terraace + Asian Moon) | 0.80 | 350 | 280.00 |
| Aaron Schweitzer7 | 03/16/20 | Verify revenue for 500k determination | 0.78 | 350 | 273.00 |
| Aaron Schweitzer7 | 03/16/20 | Mark complaint based on OC answer and note 500k denials | 0.47 | 350 | 164.50 |
| Aaron Schweitzer7 | 03/19/20 | Respond OC's Email re Extension of Time for Defs to res to plf pmc letter | 0.95 | 350 | 332.50 |
| Aaron Schweitzer7 | 03/19/20 | Draft, PDF, ECF: plf res to defs letter motion to extend time to res to plf pmc letter | 0.25 | 350 | 87.50 |
| Leanghour Lim5 | 03/20/20 | Revise, Forward to OC: Proposed CMP | 0.08 | 250 | 20.00 |
| JOHN TROY11 | 03/24/20 | Draft and ECF Letter Opposing Second Extension | 0.50 | 550 | 275.00 |
| Leanghour Lim5 | 03/24/20 | Confer with OC re Proposed CMP & ECF | 0.25 | 250 | 62.50 |
| Leanghour Lim5 | 03/25/20 | Schedule, Calendar Confer Phone Call with OC | 0.08 | 250 | 20.00 |
| Leanghour Lim5 | 03/25/20 | Respond OC re Plf's name or POS log in number | 0.12 | 250 | 30.00 |
| Leanghour Lim5 | 03/25/20 | Confer Phone Call with OC; Case Note | 0.37 | 250 | 92.50 |
| Leanghour Lim5 | 03/25/20 | Review Court Order Denying Defs 2nd Motion and Waive Plaintiff's PMC for MCC | 0.27 | 250 | 67.50 |
| JOHN TROY11 | 03/25/20 | Confer Plf to clarify re log in number to defs' POS system | 0.10 | 550 | 55.00 |
| Leanghour Lim5 | 03/26/20 | Review Case, Prepare for IPTC | 0.33 | 250 | 82.50 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

2020年9月7日

## TROY LAW, PLLC

41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Leanghour Lim5 | 03/26/20 | Tele IPTC, Case Note | 0.17 | 250 | 42.50 |
| Aaron Schweitzer7 | 04/01/20 | Stipulation for MCCCC, Follow Up | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 04/03/20 | Draft Plaintiff(s)' Doc Production Requests | 2.75 | 350 | 962.50 |
| Aaron Schweitzer7 | 04/03/20 | Draft Plaintiff(s)' Interrogatories | 2.25 | 350 | 787.50 |
| Aaron Schweitzer7 | 04/03/20 | Draft Plaintiff(s)' Request for Admission, Review Answer | 1.00 | 350 | 350.00 |
| Aaron Schweitzer7 | 04/03/20 | Draft Plaintiff(s)' EBT Notice, Def | 0.75 | 350 | 262.50 |
| Preethi Kilaru4 | 04/03/20 | Print and Mail to OC Copy of Plaintiff(s)' Initial Disclosures with Damages Calculations | 0.25 | 200 | 50.00 |
| Aaron Schweitzer7 | 04/03/20 | Draft Plaintiff(s)' Initial Disclosures with Damages Calculations | 1.75 | 350 | 612.50 |
| Aaron Schweitzer7 | 04/03/20 | Stipulation for MCCCC, Follow Up | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 04/07/20 | Draft Notice of Motion for CCC | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 04/07/20 | Draft Affidavit of John Troy in Support of MCCCC | 1.25 | 350 | 437.50 |
| Aaron Schweitzer7 | 04/07/20 | Draft Proposed Notice of Pendency (English) | 1.25 | 350 | 437.50 |
| Aaron Schweitzer7 | 04/07/20 | Draft Proposed Publication Order | 0.95 | 350 | 332.50 |
| Aaron Schweitzer7 | 04/08/20 | Revise and ECF Notice of MCCC/ Affidavit of John Troy, Memo, Notice of Pendency, Proposed Publication Order | 1.00 | 350 | 350.00 |
| Aaron Schweitzer7 | 04/09/20 | Review defendant(s)' Initial Disclosures | 0.80 | 350 | 280.00 |
| Preethi Kilaru4 | 04/16/20 | Print and Mail to OC Copy of Plaintiff(s)' Interrogatories | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 04/16/20 | Print and Mail to OC Copy of Plaintiff(s)' Doc Production Requests | 0.25 | 200 | 50.00 |
| Aaron Schweitzer7 | 04/16/20 | Review, Finalize and Send Plaintiff(s)' ID+Rogs+EBT Notice to OC | 0.50 | 350 | 175.00 |
| Preethi Kilaru4 | 04/16/20 | Print and Mail to OC Copy of Plaintiff(s)' EBT Notice, Def | 0.25 | 200 | 50.00 |
| Aaron Schweitzer7 | 04/27/20 | Jury Demand from Plaintiff draft & ecf | 0.30 | 350 | 105.00 |
| Aaron Schweitzer7 | 04/28/20 | Check Individual Rules for Courtesy Copy MCCC | 1.00 | 350 | 350.00 |
| Aaron Schweitzer7 | 04/28/20 | Draft, ECF Plaintiff Reply in Support of MCCCC, Memo | 4.00 | 350 | 1400.00 |
| Aaron Schweitzer7 | 04/28/20 | Review OC Memo in Oppo. | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 04/29/20 | Draft, ECF Notice of MCCC Courtesy Copy | 0.20 | 350 | 70.00 |
| Preethi Kilaru4 | 04/29/20 | Prepare Courtesy Copy | 2.00 | 200 | 400.00 |
| Aaron Schweitzer7 | 05/19/20 | Draft Client Response to D's Rogs + Doc Production Requests | 2.75 | 350 | 962.50 |
| Aaron Schweitzer7 | 05/22/20 | Further Draft Client Response to D's Rogs + Doc Production Requests | 2.00 | 350 | 700.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Aaron Schweitzer7 | 05/26/20 | Intake Client RE Response to D's Rogs + Doc Production Requests | 1.75 | 350 | 612.50 |
| Aaron Schweitzer7 | 05/28/20 | Confer with OC to Schedule Plf Deposition of Def | 0.35 | 350 | 122.50 |
| Aaron Schweitzer7 | 06/05/20 | Create Plf Discovery Production, Bates Index | 0.40 | 350 | 140.00 |
| Aaron Schweitzer7 | 06/23/20 | confer with opposing counsel (email) re extension of time to complete discovery | 0.17 | 350 | 59.50 |
| Aaron Schweitzer7 | 06/23/20 | Draft Email proposing extention of time to complete discovery | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 06/24/20 | Scheduling Order, Review Requirements and Calendar All Deadlines | 0.33 | 350 | 115.50 |
| Aaron Schweitzer7 | 06/25/20 | Draft Joint Letter Motion to Requesting extion of time to complete discovery | 1.50 | 350 | 525.00 |
| Aaron Schweitzer7 | 06/29/20 | Drafting Request to Admit | 1.50 | 350 | 525.00 |
| Aaron Schweitzer7 | 06/30/20 | Draft Deficiency Letter | 4.50 | 350 | 1575.00 |
| Aaron Schweitzer7 | 06/30/20 | ECF Joint Motion for extention of time for disco | 0.50 | 350 | 175.00 |
| Preethi Kilaru4 | 06/30/20 | Notice to Admit prep for mailing +mailing +email to OC | 1.17 | 200 | 234.00 |
| Aaron Schweitzer7 | 07/01/20 | Draft Deficiency Letter | 5.00 | 350 | 1750.00 |
| Aaron Schweitzer7 | 07/03/20 | Draft Deficiency Letter | 2.75 | 350 | 962.50 |
| Preethi Kilaru4 | 07/07/20 | Prep Deficiency Letter for mailing | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 07/07/20 | Send OC email with Deficiency Letter | 0.33 | 200 | 66.00 |
| Preethi Kilaru4 | 07/14/20 | Email to OC re Deficiency Letter | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 07/15/20 | Scan, Review for Accuracy and ECF Amended Proof of Service, Defs Andy Meng, Sung Ae Kim, Dae Kun Yi | 0.75 | 200 | 150.00 |
| Preethi Kilaru4 | 07/15/20 | Review for Accuracy and Scan Amended Proof of Service, Defs Andy Meng, Sung Ae Kim, Dae Kun Yi | 0.60 | 200 | 120.00 |
| Aaron Schweitzer7 | 07/28/20 | Review Order granting extension | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 08/17/20 | Review Clerk's Default Certificate | 0.20 | 350 | 70.00 |
| JOHN TROY11 | 08/17/20 | Review Motion to Withdraw as Counsel | 0.10 | 550 | 55.00 |
| JOHN TROY11 | 08/17/20 | Review Order Directing Client to Advise the Court re Next Steps | 0.10 | 550 | 55.00 |
| JOHN TROY11 | 08/18/20 | Review Order Granting Withdrawal as Counsel, Strike Pleadings | 0.15 | 550 | 82.50 |
| JOHN TROY11 | 08/18/20 | Confer Client re Def's Default | 0.15 | 550 | 82.50 |
| JOHN TROY11 | 08/24/20 | Draft and File Status Report re Defendants' Default | 0.20 | 550 | 110.00 |
| JOHN TROY11 | 08/25/20 | Review Order re Default JM Due Date | 0.10 | 550 | 55.00 |
| JOHN TROY11 | 08/26/20 | Verify Declaration support Motion for Default Judgment, Plf: | 0.80 | 550 | 440.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**

# Invoice

2020年9月7日

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY11 | 09/04/20 | Draft plf Attorney Declaration support Motion for Default Judgment | 1.75 | 550 | 962.50 |
| JOHN TROY11 | 09/04/20 | Draft Notice of Motion for Default Judgment | 0.45 | 550 | 247.50 |
| JOHN TROY11 | 09/04/20 | Draft Declaration support Motion for Default Judgment, Plf: | 1.00 | 550 | 550.00 |
| JOHN TROY11 | 09/06/20 | Draft Affidavit of Accounting | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 09/06/20 | Draft Memo of Law, in Support of Attorney Fee Application | 1.25 | 550 | 687.50 |
| JOHN TROY11 | 09/06/20 | Draft Declaration of John Troy, in Support of Attorney Fee Application | 1.75 | 550 | 962.50 |
| JOHN TROY11 | 09/06/20 | Draft Notice of Attorney Fee Application | 0.20 | 550 | 110.00 |
| JOHN TROY11 | 09/06/20 | Draft plf Memo suport Motion for Default Judgment | 4.50 | 550 | 2475.00 |

**Total Billables** **$37,061.00**

| Expense Description | Expense Date | Expense Amount |
|---|---|---|
| usdc Filing Fee Index Number | 01/09/20 | $400.00 |
| A88 Serve Summons and Complaint-ASIAN MOON RESTAURANT CORP | 02/03/20 | $125.00 |
| A88 Serve Summons and Complaint-ASIAN MOON OF MASSAPEQUA PARK, INC. | 02/03/20 | $125.00 |
| A88 Serve Summons and Complaint-ASIAN TERRACE RESTAURANT INC | 02/03/20 | $125.00 |
| A88 Serve Summons and Complaint-VICKIE SUE LI | 02/03/20 | $125.00 |
| MCCC Courtesy Copy Mailed to Hon. Brian M. Cogan | 04/30/20 | $8.25 |
| MCCC Courtesy Copy Printing 114x.2 with 3 Ring Binder and Colored Exhibit Pages | 04/30/20 | $22.80 |

**Total Expenses** **$931.05**

| | |
|---|---|
| Total Billables | $37,061.00 |
| Total Expenses | $931.05 |
| Total Payments | $0.00 |
| Outstanding | $37,992.05 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**