UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LING CHEN, on behalf of himself and others
similarly situated,

                       Plaintiff,                      JUDGMENT
                                                                         19-cv-7313 (BMC)

      -against-

ASIAN TERRACE RESTAURANT, INC. et al.,

                       Defendants.
------------------------------------------------------------ X

       A Memorandum, Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on December 17, 2020, granting Plaintiff's motions for a default judgment and attorneys' fees; and directing the Clerk of Court to enter judgment in favor of plaintiff for $16,199.38 in damages, $30,967 in attorneys' fees, and $931.06 in costs; it is

       ORDERED and ADJUDGED that Plaintiff's motions for a default judgment and attorneys' fees are granted; and that judgment is hereby entered in favor of plaintiff in the total amount of $48,097.44.

Dated: Brooklyn, NY                                                  Douglas C. Palmer
       December 18, 2020                                        Clerk of Court

                                                        By:    /s/*Jalitza Poveda*
                                                                     Deputy Clerk